## MOORE v. HORSLEY.

ACTION: *When it accrues on note.*

An action on a note payable on or before a particular day can not be brought until after that day.

Gibson, Ad., v. Dowell.

APPEAL from *Benton* Circuit Court.

Hon. J. FRANK WILSON, Special Judge.

*E. S. McDaniel* for appellant.

The note was not due, and the suit was prematurely brought. *Pomeroy on Rem*, etc., *sec. 519; Gantt's Digest, sec. 562; Wait's Action and Def., vol. 1, p. 640; Story Prom. Notes, 4th ed., sec. 225; 17 Ark., 442.*

SMITH, J.   The plaintiff sued July 1, 1882, and obtained judgment upon an instrument for the payment of a certain sum of money on or before the first day of July, 1882.   The maker had the whole of that day to pay it, and could not be sued until the next day.   *Zachery v. Brown, 17 Ark., 442.*

Reversed and remanded, with directions to abate the action as premature.